### 2232. SIMMONS *v.* PEAGLER.

POWELL, J. A bill of exceptions in which there is no exception to the final judgment does not confer jurisdiction upon this court, and the writ of error must be dismissed. An exception to the striking of the defendant's pleas is not an exception to a final judgment. *Lyndon* v. *Ga. Ry. & El. Co.*, 129 *Ga.* 353 (58 S. E. 1047) ; *Ox Breeches Mfg. Co.* v. *Bird*, 1 *Ga. App.* 40 (57 S. E. 975), and cases cited: *Anderson* v. *Hall*, 3 *Ga. App.* 555 (60 S. E. 294).          *Writ of error dismissed.*

Submitted December 20,—Decided December 24, 1909.

*Anderson & Speer,* for plaintiff in error.     *H. C. Parker,* contra.